**FORM 8.  Entry of Appearance**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

_____ v. _____

No. _____

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants.  File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

　　　\_\_\_\_\_Pro Se　　　\_\_\_\_\_As counsel for:　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):

　　　　\_\_\_\_\_Petitioner　\_\_\_\_\_Respondent　\_\_\_\_\_Amicus curiae　\_\_\_\_\_Cross Appellant

　　　　\_\_\_\_\_Appellant　\_\_\_\_\_Appellee　\_\_\_\_\_Intervenor

As amicus curiae or intervenor, this party supports (select one):

　　　　\_\_\_\_\_Petitioner or appellant　　\_\_\_\_\_Respondent or appellee

My address and telephone are:

　　　Name:　　　　　　　_____
　　　Law firm:　　　　　_____
　　　Address:　　　　　 _____
　　　City, State and ZIP:　_____
　　　Telephone:　　　　 _____
　　　Fax #:　　　　　　_____
　　　E-mail address:　　 _____

Statement to be completed by counsel only (select one):

　　　\_\_\_\_\_   I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

　　　\_\_\_\_\_   I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

　　　\_\_\_\_\_   I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):  _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

　　　\_\_\_\_\_Yes　　\_\_\_\_\_No

\_\_\_\_\_A courtroom accessible to the handicapped is required if oral argument is scheduled.

　February 7, 2014　　　　　　　　　　　　　　　/s/ Robert S. Metzger
　　　　Date　　　　　　　　　　　　　　　　Signature of pro se or counsel

cc: _____