UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**SRA INTERNATIONAL, INC. v. US**

**No. 2014-5050**

**Entry of Appearance**

(INSTRUCTIONS: Counsel should refer to Fed. Cir. R. 47.3.  Pro Se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants.  File this form with the clerk and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

      _____ Pro Se        X_____ As counsel for:      SRA International, Inc.
                                                                                            Name of parties

I am, or the party I represent is (select one):

      _____Petitioner  _____Respondent      _____Amicus curiae      _____Cross Appellant

       X_____Appellant  _____Appellee          _____Intervenor

As amicus curiae or intervenor, this party supports (select one):

      _____Petitioner  or appellant     _____Respondent or appellee

My address and telephone are:

| | | |
|---|---|---|
| Name: | | Michael J. Schaengold |
| Law firm: | | Patton Boggs LLP |
| Address: | | 2550 M Street, NW |
| City, State and ZIP: | | Washington, D.C.  20037 |
| Telephone: | | (202) 457-6523 |
| Fax #: | | (202) 457-6315 |
| E-mail address: | | mschaengold@pattonboggs.com |

Statement to be completed by counsel only (select one):

      _____ I am the principal attorney for this party in this case and will accept all service for the party
                  I agree to inform all of the counsel in this case of the matters served upon me.

       X_____ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):   2/22/89

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only);
      _____ Yes    X_____ No

      _____A courtroom accessible to the handicapped is required if oral argument is scheduled.


Feb. 24, 2014                                             /S/ Michael J. Schaengold
    Date                                                      Signature of pro se or counsel

5168131

**CERTIFICATE OF SERVICE**

    I hereby certify under penalty of perjury that on this 24th day of February, 2014, the foregoing Entry of Appearance was served upon all parties via the Court's electronic filing system.

/S/ Michael J. Schaengold
Michael J. Schaengold

5168131